FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN 17 2019
WILLIAM W. BLEVINS
CLERK
```

| | |
|---|---|
| **CHRISTOPHER MEYERS #169590**<br>Plaintiff | CIVIL ACTION |
| **VERSUS** | NO.: 19-5094 |
| **AGENT DEVIN DOMINIC<br>725 MAPLE AVENUE<br>HARVEY, LA 70058**<br>Defendant | SECTION: "G"(1) |

## COMPLAINT

**I.   Previous Lawsuits**

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )   No **(X)**

B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1.  Parties to the previous lawsuit

      Plaintiffs

      Defendants

  2.  Court (if federal court, name of district court; if state court, name the parish.)

  3.  Docket Number

  4.  Name of judge to whom case was assigned

TENDERED FOR FILING

JUN 17 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1



        5.      Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

        6.      Approximate date of filing lawsuit

        7.      Approximate date of disposition

**C.**    Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No **(X)**

If your answer is yes, list the civil action numbers and the disposition of each case. You must also identify in which federal district or appellate court the action was brought.

**II.**    **Place of Confinement: Rayburn Correctional Center**
            **27268 Hwy. 21**
            **Angie, LA. 70426-3030**

**A.**    Is there a prisoner grievance procedure in this institution?
Yes **(X)** No ( )

**B.**    Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ) No **(X)**

**C.**    If your answer is YES:

        1.      Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison.

        2.      As to each grievance complaint provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?

**D.**    If your answer is NO, explain why you have not done so: **This was a matter that happened before my incarceration into the Louisiana Department of Corrections.**

### III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, in any.)

A. Name of Plaintiff: **Christopher Joseph Meyers**

Address: **Rayburn Correctional Center**
**27268 Hwy. 21**
**Angie, LA. 70426-3030**

Date of Birth: **02/12/1966**

Prisoner Number: **#169590**

Date of Arrest: **May 22, 2018**

Date of Conviction: **October 29, 2018**

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants).

B. Defendant **Devin Dominic** is employed as a **Narcotics Agent** at the **Jefferson Parish Sheriff's Office.**

C. Additional Defendants _____

_____

_____

_____

### IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary) **I was arrested at Harbor Bart Grill. A big, black Jefferson Parish deputy came into the bar. He said come on Mr. Meyers. Lets go. There is cameras inside and outside. I jumped up out of the bar stool, put my hands behind my back, he led me out front, bent me over the back of his car. He drove me to Maple St. Detective Bureau and dropped me off. I was led into the interrogation room. I walked to the back of the room. I sat down in a chair, there was about six detectives present. My fiancé was on the opposite side of the room. They asked me for names of where I got my drugs. I refused. They continued trying. I continued to refuse. I told the**

3

detective what he could suck. At that point, all the detectives but one got up and left the room with my fiancé. The detective that remained, Agent Devin Dominic, asked to get up and face the wall. I did as I was told. I was still cuffed. Agent Dominic grabbed me on both sides of my neck, jerked me back as hard as he could. At the same time, Agent Dominic drove his knee forward into my ribs and back. I collapsed and cried out. Fire blazed through my body. Agent Dominic grabbed me by the back of my pants and yelled at to get up as he pulled me up off the floor and slammed me forward into the wall. He put his mouth right up against my ear and whispered, you hurt yourself when you jumped out the window and that is the way it stays. Agent Dominic shoved me forward against the wall and said, You hear me! I cried out again. He pulled me off the wall. I started to collapse. Agent Dominic screamed at me, Walk, as he held me up by the back of my pants and shirt. As we exited the room, the small white detective that was at my apartment earlier in the evening was standing right on the other side of the open door. He heard what happened. The detective dragging me, Agent Dominic, told me to apologize. He drug me out front, threw me in the back of his car. Agent Dominic then drove me to J.P.C.C., drug me inside and threw me in the holding cell. I was crying in pain. The inmates screamed and beat on the door that I was hurt. Deputy Winstead came in with a wheelchair. They lifted me off the floor into the chair. He brought me to University Medical Center. My ribs were broken, my spine was fractured, and I was urinating blood for two days.

   Before I ended up at Harbor, while the police were searching for me, I stopped at my neighbor Rocoos to get clothes. I went to Melius Bar and Grill, talked to all my friends, took a ride, went to the Lake Ave Store, went to the Daiquiri Shop, had a drink, talk to the bartender I know. All these places have cameras inside and out. Then I walked to my friend Nicks from Lake Ave to about 3 blocks before Bonnable. He gave me a ride to Ridge Lake Apt's by Causeway. I walked to Harbor from there.

   I was in the infirmary for months at J.P.C.C. I could not walk. I got booked in a wheelchair. I was in a Hospital style bed for a month and a half.

V.   **Relief**

   (State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes) **I want to be medical compensated, and receive compensatory damages in the amount of $500, 000 for pain and suffering and mental torment.**

VI.  **Plaintiff's Declaration**

   1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

   2) I understand that if I am released or transferred, it is my responsibility to keep

the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this __10__ day of __June__, 2019.

_____
(Signature of Plaintiff)