UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER MEYERS, #169590** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-5094** |
| **JEFFERSON PARISH SHERIFF'S OFFICE, et al.** | **SECTION: "G"(1)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against the Jefferson Parish Sheriff's Office and the "Jefferson Parish Investigation Bureau" are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claims against Agent Devin Dominic will proceed pending further development and review.

**NEW ORLEANS, LOUISIANA,** this 31st day of December, 2019.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**