UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER MEYERS | CIVIL ACTION |
| VERSUS | NO. 19-5094 |
| JEFFERSON PARISH SHERIFF'S OFFICE, et al | SECTION "G" |

**ORDER**

A scheduling conference by telephone is currently for **June 18, 2020 at 2:30 p.m.** The purpose of the conference is to schedule a pre-trial conference, trial on the merits and cut-off dates.

The Clerk of Court has received returned mail addressed to the plaintiff. Mr. Meyers is no longer housed at B. B. (Sixty) Rayburn Correctional Center.

Accordingly, **IT IS ORDERED** that the scheduling conference set for June 18, 2020 at 2:30 p.m. is converted to a call-in scheduling conference. The plaintiff and counsel for the defendants shall call in to the conference at phone number 888-363-4735, access code 4393686.

**IT IS FURTHER ORDERED** that the plaintiff be served at Lake Charles Probation & Parole, 991 Gerstner Memorial Dr., Lake Charles, LA 70601. The Clerk shall update the docket sheet with the plaintiff's new address.

New Orleans, Louisiana, this 10th day of June 2020.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT